3:22-cv-00183-BSM-JTR

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 18 2022

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

To whom it may concern or who ever is willing to take this matter as serious as myself but can someone if not any one help me us Please here at this GCDC Please I really feel like 2022 JULY 18 1A 10:54 is in Danger as long as Mr Robert case is admin, and MR. Dane Barnam is the Jail supervisor, i constantly get called out of my name their spittin in our food they continue to call us the N word or mix Breed mutt even take my food trays for two days in a roll. they continue to de prive me of the privilege to speak with an attorney they deny me 1983 forms, they deny me mental Health treatment if it is possiable Can someone thats willing Please I Beg you Please show me how to Fill out a 1983 form Please. so i can attempt to shine some light on the coruptness, the above the bar behavoir, the racism and unfair treatment that's going on here at Greene county Den tention center someone needs to Please stop these people before they take it a step further Please help me with this matter, they take our blankets and mats for 18 hours a day or when ever they want to give them back, their chewing tobacco, vapes even dis playing abusive behaviors they keep our mail someone Please help me Please with Filling a 1983 Form I would do it myself But they deny me the opportunity ⟶

This case assigned to District Judge Miller
and to Magistrate Judge Ray

to do so. someone help me please
as of right now I'm on their make
shift 10mn Rules - lockdown in the hole
and I fear for my life, because I
think they will do something to
me if someone dosen't shine
some light on their grotesic
behavior please someone help me/
us here at Greene county
Detention center in ~~~~~
Paragould, ar I'm on a 90 day
P.V. waiting to go to A.D.C
I fear for my life here.
at this Jail.

ADC #172291
Desmond Thomas

Desmond Thomas # 29531
Greene County Detention Center.
1809 north Rockingchair Rd.
Paragould AR 72450

MEMPHIS TN 380

14 JUL 2022   PM 1  L



★ USA ★ FOREVER ★

72201-339919

United States District Court
Clerk's office
Richard Sheppard Arnold united
States Court House
600 West Capitol Avenue 72201-
Suite A-149 Little Rock AR 3325