IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DESMOND THOMAS,**
**ADC #172291**                                                             **PLAINITFF**

V.                               NO. 3:22-cv-00183-BD

**ROBERT CASE and**
**DANE BARNON**                                              **DEFENDANTS**

## JUDGMENT

Plaintiff Desmond Thomas's claims are DISMISSED, with prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED 23rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE